# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>SHAWN HOLIDAY (4),<br><br>　　　　　　　　　　　Defendant. | Case No. 09cr3393 BTM<br><br>**ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL** |

On March 28, 2011, Defendant Shawn Holiday filed a Motion for Judgment of Acquittal on the ground that there was insufficient evidence to support his conviction. Defendant's motion is **DENIED**.

In analyzing the constitutional sufficiency of evidence to support a criminal conviction, the reviewing court must consider the evidence presented at trial in the light most favorable to the prosecution. United States v. Nevils, 598 F.3d 1158, 1164 (9th Cir. 2010). The court "may not usurp the role of the finder of fact by considering how it would have resolved the conflict, made the inferences, or considered the evidence at trial." Id. After viewing the evidence in the light most favorable to the prosecution, the court must determine whether "any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." Jackson v. Virginia, 443 U.S. 307, 319 (1979). The reviewing court may not "ask itself whether it believes that the evidence at the trial established guilt beyond a reasonable doubt." Id. at 318-19.

     The Court has reviewed and considered Defendant's arguments and concludes that Defendant is not entitled to a judgment of acquittal. Viewing the evidence in the light most favorable to the prosecution, a rational trier of fact could have found beyond a reasonable doubt that Defendant possessed crack cocaine with the intent to distribute and did in fact distribute crack cocaine.

     Therefore, Defendant's motion for a judgment of acquittal is **DENIED**.

**IT IS SO ORDERED.**

DATED: May 12, 2011

*[signature: Barry Ted Moskowitz]*

Honorable Barry Ted Moskowitz
United States District Judge